**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

L&M, LLC, Appellant,

v.

Robert W. Yearick, Respondent.

Appellate Case No. 2013-001361

---

Appeal From Charleston County
J. C. Nicholson, Jr., Circuit Court Judge

---

Unpublished Opinion No. 2015-UP-250
Heard April 16, 2015 – Filed May 13, 2015

---

**AFFIRMED**

---

William Scotty Sheriff, of Sheriff Law Firm, of Charleston, for Appellant.

Robert C. Wilson, Jr., of Greenville, for Respondent.

---

**PER CURIAM:** L&M, LLC, appeals the trial court's grant of summary judgment to Robert Yearick on its mechanic's lien dissolution action. We affirm pursuant to Rule 220(b), SCACR, and the following authorities: *Wilder Corp. v. Wilke*, 330 S.C. 71, 76, 497 S.E.2d 731, 733 (1998) (stating that an issue cannot be raised for the first time on appeal); *Doe v. Roe*, 369 S.C. 351, 376, 631 S.E.2d 317, 330 (Ct.

App. 2006) ("An issue is not preserved where the trial court does not explicitly rule on an argument and the appellant does not make a Rule 59(e) motion to alter or amend the judgment.").

**AFFIRMED.**

**FEW, C.J., and HUFF and WILLIAMS, JJ., concur.**